IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Jeffrey Lynn Goss<br>    Debtor,<br><br>JPMorgan Chase Bank, National Association<br>    Movant.<br>v.<br><br>Jeffrey Lynn Goss<br>    Debtor/Respondent,<br><br>Jack N. Zaharopoulos, Trustee<br>    Additional Respondent. | BANKRUPTCY CASE NUMBER<br>18-04257/MJC<br><br>CHAPTER 13 |

**RESPONSE OF JPMORGAN CHASE BANK, NATIONAL ASSOCIATION TO DEBTOR'S MOTION FOR APPROVAL OF THE SALE OF CERTAIN PROPERTY**

JPMorgan Chase Bank, National Association, by and through its counsel, LOGS Legal Group LLP, hereby responds to Debtor's Motion for Approval of the Sale of Certain Property, and in support thereof, states does not oppose a sale of the subject real property, Movant would request that any order regarding the sale of the subject property include language that JPMorgan Chase Bank, National Association will be paid in full at closing, by the title company, pursuant to a proper payoff statement, and that any short-sale must be approved by Movant.

/s/ Kristen D. Little

---

Christopher A. DeNardo 78447
Kristen D. Little 79992
LOGS Legal Group LLP
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406
(610) 278-6800
logsecf@logs.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Jeffrey Lynn Goss<br>    Debtor,<br><br>JPMorgan Chase Bank, National Association<br>    Movant.<br>v.<br><br>Jeffrey Lynn Goss<br>    Debtor/Respondent,<br><br>Jack N. Zaharopoulos, Trustee<br>    Additional Respondent. | BANKRUPTCY CASE NUMBER<br>18-04257/MJC<br><br>CHAPTER 13 |

## CERTIFICATE OF SERVICE

    I, Kristen D. Little , an employee of the law firm of LOGS Legal Group LLP hereby certify that I caused to be served true and correct copies of the foregoing by First Class Mail, postage prepaid, at the respective last known address of each person set forth below on this December 9, 2021 :

Jeffrey Lynn Goss
PO Box 17
State College, PA 16804

Kara Katherine Gendron, Esquire
Mott & Gendron Law
125 State Street
Harrisburg, PA 17101
karagendronecf@gmail.com - VIA ECF

Jack N. Zaharopoulos, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
dehartstaff@pamd13trustee.com - VIA ECF

    I HEREBY CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

/s/ Kristen D. Little
Christopher A. DeNardo 78447
Kristen D. Little 79992
LOGS Legal Group LLP
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406
(610) 278-6800
logsecf@logs.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Jeffrey Lynn Goss<br>    Debtor, <br><br>JPMorgan Chase Bank, National Association<br>    Movant.<br>v.<br><br>Jeffrey Lynn Goss<br>    Debtor/Respondent,<br><br>Jack N. Zaharopoulos, Trustee<br>    Additional Respondent. | BANKRUPTCY CASE NUMBER<br>18-04257/MJC<br><br>CHAPTER 13 |

## ORDER

AND NOW, this _____ day of _____, 2021, upon consideration of the Motion for Approval of the Sale of Certain Property and Respondent's response thereto;

It is hereby ORDERED that Motion for Approval of the Sale of Certain Property is GRANTED so long as:

1. The outstanding mortgage owed to JPMorgan Chase Bank on the property located at 373 Tow Hill Road, Port Matilda, Pennsylvania is paid in full; and
2. Should the proposed transaction not pay JPMorgan Chase Bank in full, that transaction needs to be approved by JPMorgan Chase Bank prior to settlement.

BY THE COURT:

_____
HONORABLE MARK J CONWAY
UNITED STATES BANKRUPTCY JUDGE